Filed
Clerk of Court
United States District Court
*By jamesburrell*
On: *November 4, 2026*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **INDICTMENT NO:** 1:26-CR-79 |
| | ) | |
| **v.** | ) | **18 U.S.C. § 2252A(a)(5)(B)** |
| | ) | **Possession of Child Pornography** |
| **ROBERT ANTHONY SELADIS** | ) | |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

On or about September 10, 2024, in the Southern District of Georgia, and elsewhere, the Defendant,

**ROBERT ANTHONY SELADIS,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old, engaged in sexually explicit conduct, said images were mailed, shipped and transported, using any means and facility of interstate and foreign commerce or in or affecting interstate or foreign commerce by any means, including computer, and said images were produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

**COUNT TWO**
*Possession of Child Pornography*
18 U.S.C. § 2252A(a)(5)(B)

On or about October 13, 2026, in the Southern District of Georgia, and elsewhere, the Defendant,

**ROBERT ANTHONY SELADIS,**

did knowingly possess child pornography as defined in Title 18, United States Code, Section 2256(8)(A), that is, any visual depiction of a minor, any person under 18 years old, engaged in sexually explicit conduct, one or more of such images depicting a prepubescent minor or any person under 12 years old, engaged in sexually explicit conduct, said images were mailed, shipped and transported, using any means and facility of interstate and foreign commerce or in or affecting interstate or foreign commerce by any means, including computer, and said images were produced using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## FORFEITURE ALLEGATION

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253. Upon conviction of Count One or Two of this Indictment charging violations of Title 18, United States Code, Section 2252A(a)(5)(B) the Defendant,

**ROBERT ANTHONY SELADIS,**

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 2253(a)(1) and (a)(3), any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110 and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable thereto.

If any of the property described above, as a result of any act or commission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

Foreperson

Margaret E. Heap
United States Attorney

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

Tara M. Lyons
Assistant United States Attorney
*Lead Counsel